UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ROBERT FERRO, | ) |
| | ) |
| Petitioner, | ) Case No. EDCV 09-0328 VAP (AJW) |
| | ) |
| v. | ) |
| | ) ORDER ADOPTING REPORT AND |
| LINDA SANDERS, WARDEN, | ) RECOMMENDATION OF |
| | ) MAGISTRATE JUDGE |
| Respondent. | ) |
| _____ | ) |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: May 11, 2010

_____
Virginia A. Phillips
United States District Judge