UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT FERRO, | ) | |
| | ) | |
|     Petitioner, | ) | No. EDCV 09-328 VAP(AJW) |
| | ) | |
|   vs. | ) | |
| | ) | JUDGMENT |
| LINDA SANDERS, Warden, | ) | |
| | ) | |
|     Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: May 11, 2010

_____
Virginia A. Phillips
United States Magistrate Judge